DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELVIN BRYANT, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1112

[July 6, 2017]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312013CF000388A.

Melvin Bryant, Jr., Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***